**Shain Claude COLLINS, Petitioner-Appellant,**

v.

**Harold W. CLARKE, Director, Department of Corrections, Respondent-Appellee.**

**No. 16-6835**

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 28, 2016

Shain Claude Collins, Appellant Pro Se. Craig Stallard, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shain Claude Collins seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion. Collins argued in his notice of appeal, and the record suggests, that he did not timely receive notice of the entry of the district court's order, and further requested a reopening of the appeal period. See Fed. R. App. P. 4(a)(6)(A). Because the 30-day appeal period is jurisdictional, Bowles v. Russell, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007), we remand the case for the limited purpose of allowing the district court to determine whether to reopen the time to file an appeal, pursuant to Fed. R. App. P. 4(a)(6).

REMANDED